# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,

           Respondent

           v.

JOSEPH W. PILCHESKY,

           Petitioner

: No. 532 MAL 2020
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of March, 2021, the Petition for Allowance of Appeal is **DENIED**.